IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LISA MURPHY                                                                                          PLAINTIFF
ADC #760343

v.                                        Case No. 3:19-cv-00381-LPR

STINET, Lieutenant, McPherson Unit; and
M. JOHNSON, Sergeant, McPherson Unit                                         DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

So adjudged this 10th day of January 2020.

Lee P. Rudofsky
UNITED STATES DISTRICT JUDGE